UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00193(1)-CRW |
| | § | |
| (1) Juan Escobedo-Escobedo | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 29, 2026, wherein the defendant (1) Juan Escobedo-Escobedo waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Juan Escobedo-Escobedo to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Juan Escobedo-Escobedo's plea of guilty to Counts One S (1s) and Two S (2s) is accepted.

Signed this 12th day of November, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE